IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACOB L. FULTZ : CIVIL ACTION
:
v. :
:
JACOB C. ROTHERMEL, et al. : NO. 17-3237

ORDER

AND NOW, this 6th day of November, 2017, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants to transfer this action to the United States District Court for the Middle District of Pennsylvania (Doc. # 4) is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.